DONALD F. ZIMMER, JR. (State Bar No. 112279)
fzimmer@kslaw.com
MATTHEW J. BLASCHKE (State Bar No. 281938)
mblaschke@kslaw.com
KENDRA L. ORR (State Bar No. 256729)
korr@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Defendant
GLAXOSMITHKLINE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E., a minor by and through her Guardian Ad Litem, KATY ERWIN, and KATY ERWIN Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION D/B/A, GLAXOSMITHKLINE, and McKESSON CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 13-CV-4897-KAW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL [CIV L.R. 79-5] |

Having considered the Administrative Motion to Seal submitted by the defendant, the Court finds that good cause exists to seal the Notice of Removal and all supporting documents filed by GLAXOSMITHKLINE LLC ("GSK") because Federal Rule of Civil Procedure 5.2 requires that a minor's full name be redacted, and initials used in its place.

The Court therefore ORDERS that the Clerk of the Court shall seal the Notice of Removal, all exhibits thereto, the Declaration of Kendra Orr in Support of GSK's Notice of Removal, Jury Demand, Certificate of Interested Parties, Notice of Pendency, and the Disclosure Statement filed on October 22, 2013.

IT IS HEREBY ORDERED.

Dated: October 25, 2013

_____
The Honorable Kandis A. Westmore