AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

J.E., et al.
  Plaintiff(s),
v.
SmithKline Beecham Corporation, et al
  Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:13-cv-04897-KAW

Notice is hereby given that, subject to approval by the court, __McKesson Corporation__ substitutes
(Party (s) Name)

__Peter A. Strotz__, State Bar No. __129904__ as counsel of record in
(Name of New Attorney)

place of __Farley J. Neuman, Pavan Rosati__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: King & Spalding LLP
Address: 333 South Grand Ave, Suite 4200, Los Angeles CA 90071
Telephone: (213) 443-4355         Facsimile: (213) 443-4310
E-Mail (Optional): pstrotz@kslaw.com

I consent to the above substitution.
Date: Dec. 9, 2013
(Signature of Party (s))

I consent to being substituted.
Date: 12/9/13
PAVAN L. ROSATI
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12·10·13
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/11/13
Kandis Westmore
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]