AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

J.E., et al.
                    Plaintiff(s),
v.
SmithKline Beecham Corporation, et al
                    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:13-cv-04897-KAW

Notice is hereby given that, subject to approval by the court, __McKesson Corporation__ substitutes
                                                              (Party (s) Name)

__Peter A. Strotz__, State Bar No. __129904__ as counsel of record in
(Name of New Attorney)

place of __Farley J. Neuman, Pavan Rosati__
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | King & Spalding LLP |
| Address: | 333 South Grand Ave, Suite 4200, Los Angeles CA 90071 |
| Telephone: | (213) 443-4355   Facsimile (213) 443-4310 |
| E-Mail (Optional): | pstrotz@kslaw.com |

I consent to the above substitution.
Date: __Dec. 9, 2013__
                                              _____
                                              (Signature of Party (s))

I consent to being substituted.
Date: __12/9/13__
                                              PAVAN L. ROSATI
                                              __PAVAN L. ROSATI__
                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __12·10·13__
                                              _____
                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __12/11/13__
                                              __Kandis Westmore__
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]